JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PISETH MAM,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Civil No. CV16-955-RSL<br>Crim. No. CR12-295-RSL<br><br>ORDER GRANTING PERMISSION TO WITHDRAW AND MOTION FOR VOLUNTARY DISMISSAL OF MOTION TO VACATE UNDER 28 U.S.C. § 2255 |

Good cause being shown, Petitioner's request to withdraw his § 2255 Motion and Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. All remaining deadlines and/or hearing dates are hereby VACATED.

IT IS SO ORDERED.

DATED this 23rd day of March, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER FOR VOLUNTARY DISMISSAL
(*Piseth Mam*, CV16-955-RSL) - 1